1  JOHN F. GARLAND   #117554
   Attorney at Law
2  1713 Tulare Street, Suite 221
   Fresno, California 93721
3
   Telephone:  (559) 497-6132
4  Facsimile:   (559) 579-1530

5  Attorney for Defendant
   RICARDO FABIAN SALINAS
6

7

8                       UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   Case No.  1: 12-CR-00213 AWI-DLB
                                     )
12       Plaintiff,                  )   WAIVER OF APPEARANCE
                                     )   AND ORDER THEREON
13       v.                          )
                                     )   DATE:   November 13, 2012
14  RICARDO FABIAN SALINAS,          )   TIME:    1:00 p.m.
                                     )     Courtroom Three
15       Defendant.                  )
                                     )   HONORABLE DENNIS L. BECK
16  _____  )

17

18       Defendant, RICARDO FABIAN SALINAS, hereby waives his right to be present in

19  person in open court upon the hearing presently set for November 13, 2012 at 1:00 p.m. in

20  Courtroom Three of the above entitled court. Defendant hereby requests the court to proceed in

21  his absence and agrees that his interests will be deemed represented at said hearing by the

22  presence of his attorney, JOHN  F. GARLAND.  Defendant further agrees to be present in

23  person in court at all future hearing dates to be set by the court including the date set for jury

24  trial.

25

26  Dated:  10/13/2012                              /s/  Ricardo Fabian Salinas
                                                   RICARDO FABIAN SALINAS
27

28

                                              1

# ORDER

Good cause appearing,

IT IS HEREBY ORDERED that defendant RICARDO FABIAN SALINAS is hereby excused from appearing at the court hearing scheduled for November 13, 2012 at 1:00 p.m.

IT IS SO ORDERED.

Dated:   **October 15, 2012**              /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE