JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone:  (559) 497-6132
Facsimile:   (559) 579-1530

Attorney for Defendant
RICARDO FABIAN SALINAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,        ) | Case No.  1: 12-CR-00213 AWI-BAM |
|---|---|
| Plaintiff,                                      ) | WAIVER OF APPEARANCE |
| ) | AND ORDER THEREON |
| v.                                                 ) | |
| ) | DATE:   February 25, 2013 |
| RICARDO FABIAN SALINAS,         ) | TIME:    1:00 p.m. |
| ) | Courtroom Three |
| Defendant.                                 ) | |
| _____) | HONORABLE BARBARA A. McAULIFFE |

Defendant, RICARDO FABIAN SALINAS, hereby waives his right to be present in person in open court upon the hearing presently set for February 25, 2013 at 1:00 p.m. in Courtroom Three of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interests will be deemed represented at said hearing by the presence of his attorney, JOHN  F. GARLAND.  Defendant further agrees to be present in person in court at all future hearing dates to be set by the court including the date set for jury trial.

Defendant acknowledges that at the Status Conference held on November 13, 2012, Magistrate Judge Beck ordered all defendants out on bond to appear at the next hearing (Doc. 111). Defendant  specifically requests the Court excuse his appearance on February 25, 2013 for the following reasons:

1. Defendant is a full time student at California State University Los Angeles studying theater arts. Defendant is currently under contract to perform in a theater production of Shakespeare's "The Winter's Tale" at CSU Los Angeles, with performances from February 21 through March 2. Defendant's appearance at the February 25, 2013 Status Conference would interfere with his contractual obligations to perform in the above play.

2. Defendant resides in Los Angeles, and with the recent weather conditions, vehicle travel from Los Angeles to Fresno may be very difficult and delayed. Defendant can not afford to travel by commercial airlines.

3. Defendant has received a plea offer and plea agreement which he is currently considering and will probably accept. Therefore, defendant's presence at the February 25, 2013 Status Conference to set a trial date is not necessary. Assistant U.S. Attorney Kirk E. Sharriff has no objection to defendant's waiver of appearance at this Status Conference.

Dated: 02/20/2013                           /s/ Ricardo Fabian Salinas
                                            RICARDO FABIAN SALINAS

John F. Garland, attorney for defendant Ricardo Fabian Salinas joins in this Waiver of Appearance.

Dated: February 20, 2013                    /s/ John F. Garland
                                            John F. Garland
                                            Attorney for Defendant
                                            RICARDO FABIAN SALINAS

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that defendant RICARDO FABIAN SALINAS is hereby excused from appearing at the court hearing scheduled for February 25, 2013 at 1:00 p.m.

IT IS SO ORDERED.

**Dated:   February 21, 2013**                              **/s/ Barbara A. McAuliffe**
                                                                                  UNITED STATES MAGISTRATE JUDGE