JOHN F. GARLAND  #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone:  (559) 497-6132
Facsimile:  (559) 579-1530

Attorney for Defendant
RICARDO FABIAN SALINAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  1: 12-CR-00213 AWI-BAM |
| | ) | |
| Plaintiff, | ) | WAIVER OF APPEARANCE |
| | ) | AND ORDER THEREON |
| v. | ) | |
| | ) | DATE:   April 8, 2013 |
| RICARDO FABIAN SALINAS, | ) | TIME:   1:00 p.m. |
| | ) | Courtroom Three |
| Defendant. | ) | |
| _____ | ) | HONORABLE  BARBARA A. McAULIFFE |

Defendant, RICARDO FABIAN SALINAS, hereby waives his  right to be present in

person in open court upon the hearing presently set for April 8, 2013 at 1:00 p.m. in

Courtroom Three of the above entitled court. Defendant hereby requests the court to proceed  in

his absence and agrees that his interests will be deemed represented at said hearing by the

presence of his attorney, JOHN  F. GARLAND.  Defendant further agrees to be present in

person in court at all future hearing dates to be set by the court including the date set for jury

trial.


Dated:  __April 2, 2013__                              __/s/ Ricardo Fabian Salinas__
                                                                           RICARDO FABIAN SALINAS
                                                                           (Original signature in counsel's file)

1

1

2

3                                    **ORDER**

4

5      Good cause appearing,

6        IT IS HEREBY ORDERED that defendant RICARDO FABIAN SALINAS is hereby

7    excused from appearing at the court hearing scheduled for April 8, 2013 at 1:00 p.m.

8

9      IT IS SO ORDERED.

10   **Dated:    April 4, 2013             /s/ Barbara A. McAuliffe**
                                     UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28