JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone:  (559) 497-6132
Facsimile:   (559) 579-1530

Attorney for Defendant,
RICARDO FABIAN SALINAS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:12-CR-00213 AWI-BAM |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO SET HEARING |
|  | ) | FOR CHANGE OF PLEA |
| v. | ) | AND ORDER THEREON |
|  | ) |  |
| RICARDO FABIAN SALINAS, | ) | DATE: May 6, 2013 |
|  | ) | TIME:  10:00 a.m. |
|  | ) | Courtroom Two |
| Defendant. | ) |  |
|  | ) | HONORABLE  ANTHONY  W. ISHII |

Defendant, RICARDO FABIAN SALINAS, through his counsel, John F. Garland and the United States of America, through its counsel, Benjamin B. Wagner, United States Attorney and Kirk E. Sherriff, Assistant United States Attorney, hereby stipulate to set a hearing for the defendant's Change of Plea on **May 6, 2013** at **10:00 a.m.** before Senior United States District Judge Anthony W. Ishii.

Dated: April 24, 2013                              /s/ John F. Garland
                                                              John F. Garland
                                                         Attorney for Defendant
                                                       RICARDO FABIAN SALINAS

///

///

1

Dated: April 24, 2013

Benjamin B. Wagner
United States Attorney

By: /s/ Kirk E. Sherriff
KIRK E. SHERRIFF
Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that a Change of Plea hearing for defendant RICARDO FABIAN SALINAS is set on May 6, 2013 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   April 25, 2013

SENIOR DISTRICT JUDGE

2