BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:12-CR-00213-AWI- BAM-9 |
|---|---|
| Plaintiff, | STIPULATION AND  ORDER CONTINUING SENTENCING HEARING |
| v. | Old Sentencing Date:    April 6, 2015 |
| RICARDO FABIAN SALINAS, | New Sentencing Date:  June 29, 2015<br>Time:                          10:00am<br>Court:                        Two<br>          (Hon. Anthony W. Ishii) |
| Defendant. | |

Defendant Ricardo Fabian Salinas pleaded guilty on May 6, 2013 to count 2 of the indictment, bank fraud, in violation of 18 U.S.C. § 1344.  Sentencing is currently set for April 6, 2015, at 10:00 a.m.

To allow additional time for Mr. Salinas to fulfill his obligations under the plea agreement, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from April 6, 2015 to June 29, 2015, at 10:00 a.m., or to the earliest date thereafter that is convenient to the Court.  The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the

1

1    continued sentencing date.

2           IT IS SO STIPULATED.

3    Dated:  January 27, 2015

4                                                    Respectfully Submitted,

5                                                    BENJAMIN B. WAGNER
                                                     United States Attorney
6
     /s/ John Garland
7    (authorized on 1/26/15)                         /s/ Kirk E. Sherriff
     JOHN GARLAND                                    KIRK E. SHERRIFF
8    Attorney for defendant Ricardo Salinas          HENRY Z. CARBAJAL III
                                                     Assistant United States Attorneys
9

10

11

12                                    ORDER

13          The Court has reviewed and considered the stipulation of the parties to continue the sentencing

14   hearing in this case.  Good cause appearing, IT IS ORDERED  that the sentencing hearing as to defendant

15   Ricardo Salinas is continued from April 6, 2015 to June 29, 2015, at 10:00 a.m., and that the deadlines to

16   submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth

17   above.

18
     IT IS SO ORDERED.
19
     Dated:   January 27, 2015                       _____
20                                                   SENIOR  DISTRICT  JUDGE

21

22

23

24

25

26

27

28