BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00213-AWI-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. | Old Sentencing Date: June 29, 2015 |
| RICARDO FABIAN SALINAS, | New Sentencing Date: October 26, 2015<br>Time: 10:00am<br>Court: Two |
| Defendant. | (Hon. Anthony W. Ishii) |

Defendant Ricardo Fabian Salinas pleaded guilty on May 6, 2013 to count 2 of the indictment, bank fraud, in violation of 18 U.S.C. § 1344. Sentencing is currently set for June 29, 2015, at 10:00 a.m.

To allow additional time for Mr. Salinas to fulfill his obligations under the plea agreement, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from June 29, 2015 to October 26, 2015, at 10:00 a.m., or to the earliest date thereafter that is convenient to the Court. The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the

continued sentencing date.

     IT IS SO STIPULATED.

Dated: June 3, 2015

|  | Respectfully Submitted, |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| /s/ John Garland<br>(authorized on 6/2/15)<br>JOHN GARLAND<br>Attorney for defendant Ricardo Salinas | /s/ Kirk E. Sherriff<br>KIRK E. SHERRIFF<br>HENRY Z. CARBAJAL III<br>Assistant United States Attorneys |

### ORDER

The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing as to defendant Ricardo Salinas is continued from June 29, 2015 to October 26, 2015, at 10:00 a.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

Dated: June 4, 2015            _____
                                         SENIOR DISTRICT JUDGE