1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   HENRY Z. CARBAJAL III
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO FABIAN SALINAS,<br><br>Defendant. | CASE NO. 1:12-CR-0213 AWI BAM<br><br>STIPULATION & ORDER CONTINUING SENTENCING HEARING<br><br>Old Sentencing Date:   October 26, 2015<br><br>New Sentencing Date: January 25, 2016<br>Time:                          10:00am<br>Court:                         Two<br>        (Hon. Anthony W. Ishii) |

Defendant Ricardo Fabian Salinas pleaded guilty on May 6, 2013 to count 2 of the indictment, bank fraud in violation of 18 U.S.C. § 1344. Sentencing is currently set for October 26, 2015 at 10:00 a.m.

To allow additional time for Mr. Salinas to fulfill his obligations under the plea agreement, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from October 26, 2015 to January 25, 2016, at 10:00 a.m., or to the earliest date thereafter that is convenient to the Court. The parties further stipulate and jointly request that the Court extend the deadline to file formal objections to the presentence report to one week prior to the continued sentencing date.

IT IS SO STIPULATED.

Dated: Oct. 20, 2015                              Respectfully Submitted,

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

/s/ John Garland
(authorized on 10/19/15)                          /s/ Kirk E. Sherriff
JOHN GARLAND                                      KIRK E. SHERRIFF
Attorney for defendant Ricardo Salinas            HENRY Z. CARBAJAL III
                                                  Assistant United States Attorneys

1

## ORDER

The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing as to defendant Ricardo Salinas is continued from October 26, 2015 to January 25, 2016, at 10:00 a.m., and that the deadline to file formal objections to the presentence report is extended as set forth above.

IT IS SO ORDERED.

Dated:   October 20, 2015

SENIOR DISTRICT JUDGE