1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   HENRY Z. CARBAJAL III
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile:  (559) 497-4099

6  Attorneys for the
   United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00213 AWI-BAM |
   |---|---|
12 |                 Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
13 | v. | |
   |   | DATE:  May 9, 2016 |
14 | RICARDO SALINAS, | TIME:  10:00 a.m. |
   |   | JUDGE: Hon. Anthony W. Ishii |
15 |                 Defendant. | |

16

17                              **STIPULATION**

18      The United States of America, by and through its counsel of record, and defendant, by and

19 through his counsel of record, hereby stipulate as follows:

20      1.      By previous order, this matter was set for sentencing on January 25, 2016 at 10:00

21 a.m.

22

23      2.      By this stipulation, the parties move to continue sentencing until **May 9, 2016 at**

24 **10:00 a.m.**

25      3.      The parties request the continuance so that defendant Salinas has adequate time to

26 fulfill all of his obligations pursuant to his plea agreement.  There are facts and circumstances that

27 are currently under review that will not be resolved until approximately April 2016 that may impact

28

                                         1

the sentence of Mr. Salinas. The parties therefore stipulate and request that the current date set for sentencing be vacated and that the matter be re-set for sentencing on May 9, 2016 at 10:00 a.m. or at a date and time thereafter that is convenient to the Court.

4. The parties further stipulate and request that the date for submitting formal objections to the Presentence Investigation Report and any sentencing memorandum be continued to April 25, 2016.

IT IS SO STIPULATED.

DATED: January 21, 2016

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED: January 21, 2016

/s/John F. Garland
JOHN F. GARLAND
Counsel for Defendant
RICARDO SALINAS

**O R D E R**

The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing as to defendant Ricardo Salinas is continued from January 25, 2016 to May 9, 2016 at 10:00 a.m., and that the deadline to file formal objections to the Presentence Investigation Report and sentencing memoranda is extended to April 25, 2016.

IT IS SO ORDERED.

Dated: January 21, 2016

SENIOR DISTRICT JUDGE

3